| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:95-CR-04-04 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 05-10092 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jermaine Thomas<br>Massachusetts | MAINE | |
| | NAME OF SENTENCING JUDGE | |
| | D. Brock Hornby | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 08/06/04 | TO 08/05/09 |

OFFENSE

Conspiracy to Possess w/ Intent to Distribute a Substance Containing Cocaine Base

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/15/2005
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 23, 2005
Effective Date

*William G. Young*
United States District Judge