# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

UNITED STATES OF AMERICA

V.                                                    CA/CR No. ___ CR 05-10092-GAO _____

JERMAINE THOMAS                                       Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __DEIN_____ for the following proceedings:

(A)         Referred for full pretrial case management, including all dispositive motions.

(B)         Referred for full pretrial case management, not including dispositive motions:

(C)         Referred for discovery purposes only.

(D)         Referred for Report and Recommendation on:

            (  ) Motion(s) for injunctive relief
            (  ) Motion(s) for judgment on the pleadings
            (  ) Motion(s) for summary judgment
            (  ) Motion(s) to permit maintenance of a class action
            (  ) Motion(s) to suppress evidence
            (  ) Motion(s) to dismiss
            (  ) Post Conviction Proceedings[1]
            See Documents Numbered: _____

(E)         Case referred for events only.  See Doc. No(s). _____

(F)         Case referred for settlement.

(G)         Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
            (  ) In accordance with Rule 53, F.R.Civ.P.
            (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

X           Special Instructions: __Initial appearance and detention hearing  on probation violation____

___4/7/05_____                          By:___Paul S. Lyness_____
Date                                               Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1]    See reverse side of order for instructions