AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

UNITED STATE DISTRICT COURT     District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JERMAINE THOMAS

**WARRANT FOR ARREST**

Case Number:   05-10092-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JERMAINE THOMAS
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her     (brief description of offense)

( See attached Petition for Warrant)

in violation of _____ United States Code, Section(s) _____

PAUL S. LYNESS
Name of Issuing Officer

COURTROOM DEPUTY CLERK
Title of Issuing Officer

*[signature] Paul S. Lyness*
Signature of Issuing Officer

4/7/05   ONE COURTHOUSE WAY, BOSTON, MA
Date and Location

Bail fixed at $ _____ by _____
                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |