UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>JERMAINE THOMAS,<br><br>　　　　Defendant. | Docket No. 05-CR-10092 |

### NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant Jermaine Thomas in connection with the above-referenced action.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JERMAINE THOMAS,
　　　　　　　　　　　　　　　　　by his attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Diana K. Lloyd
　　　　　　　　　　　　　　　　　Diana K. Lloyd (BBO# 560586)
　　　　　　　　　　　　　　　　　Christopher Edwards (BBO# 640758)
　　　　　　　　　　　　　　　　　CHOATE, HALL & STEWART
　　　　　　　　　　　　　　　　　Two International Place
　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　Telephone: (617) 248-5000

Dated: August 31, 2005

3977771_1.DOC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance was served via first class mail on this 31st day of August, 2005, to the following:

> David G. Toben
> United States Attorney's Office
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210

>                    /s/ Diana K. Lloyd
>                    Diana K. Lloyd

3977771_1.DOC