UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>v.<br><br>JERMAINE THOMAS,<br><br>      Defendant. | Docket No. 05-CR-10092 |

**ASSENTED-TO MOTION OF DEFENDANT JERMAINE THOMAS
TO CONTINUE FINAL REVOCATION HEARING**

Defendant Jermaine Thomas ("Mr. Thomas") hereby requests that this Court continue the final revocation hearing currently scheduled for September 1, 2005 at 2:30 p.m. until September 7, 2005 or the earliest date thereafter convenient to the Court.

In support of this Motion, Mr. Thomas states as follows:

1. Mr. Thomas' counsel has been working diligently to gather information necessary to advocate on behalf of Mr. Thomas at the final revocation hearing.

2. As it has been difficult to gather some of the relevant information in time for a hearing on September 1, it would be in the interest of justice to continue this matter for a short time, both to enable the undersigned counsel to gather this information and to discuss it with the government.

3977775_1.DOC

3. AUSA David Tobin, on behalf of the government, has assented to this Motion.

WHEREFORE, the parties respectfully request that the Court continue the final revocation hearing in this case from September 1, 2005 to September 7, 2005 or the earliest date thereafter convenient to the Court.

>
> Respectfully submitted,
> JERMAINE THOMAS,
> by his attorneys,
>
> /s/ Diana K. Lloyd
> Diana K. Lloyd (BBO# 560586)
> Christopher Edwards (BBO# 640758)
> CHOATE, HALL & STEWART
> Two International Place
> Boston, Massachusetts 02110
> Telephone: (617) 248-5000

Dated: August 31, 2005

3977775_1.DOC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Assented-To Motion of Defendant Jermaine Thomas to Continue Final Revocation Hearing was served via first class mail on this 31st day of August, 2005, to the following:

>David G. Toben
>United States Attorney's Office
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA 02210

>/s/ Diana K. Lloyd
>Diana K. Lloyd

3977775_1.DOC