UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) |  |
| v. | ) ) | CRIMINAL NO. 05-CR-10092-GAO |
| **JERMAINE THOMAS** | ) ) |  |

**GOVERNMENT'S MOTION TO REVOKE SUPERVISED RELEASE**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to revoke the defendant's supervised release and impose a period of imprisonment followed by an additional period of supervised release. In support of this motion, the United States avers the following:

1) On Thursday, September 8, 2005, the Court conducted a hearing into alleged violations of the terms and conditions of the defendant's supervised release. United States Probation alleged that the defendant had violated the terms of his supervised release by operating an uninsured motor vehicle without a valid driver's license on February 11, 2005 [Violation I]; failing to report to his probation officer on four occasions [Violation II]; and testing positive on three occasions for the use of illegal drugs [Violation III].

2) The defendant admitted to all of the violations and the

      Court modified the terms of his supervised release to include living at Coolidge House for a number of months. At the conclusion of the hearing, the defendant was released from custody and was permitted to return to the community until such time as a bed at Coolidge House became available.

3) On Friday, September 9, 2005, at approximately 11:00 p.m., the defendant was operating a motor vehicle on Interstate Route 93 in Boston, Massachusetts. State Police Trooper Jay Farley stopped the defendant due to the excessive exhaust emanating from the defendant's vehicle. The excessive exhaust posed a potential risk to other motorists in the Interstate Route 93 tunnel by obscuring their vision.

4) Trooper Farley indicated to the defendant to pull off the Interstate Highway and park in Sullivan Square, Charlestown. The defendant admitted to Trooper Farley that he did not have a motor vehicle license. The defendant was summonsed into state court for driving without a license.

5) On Monday, September 12, 2005, the defendant reported to United States Probation and submitted a urine sample for drug screening. The preliminary results were positive for the presence of cocaine and marijuana.

>The defendant's urine has been sent to a laboratory for confirmatory testing. The results are expected in approximately three days. The defendant had been drug tested on Thursday, September 8, 2005, and the result had been negative.

The United States submits that the defendant's most recent violations of his supervised release, committed within hours of his revocation hearing, warrant the revocation of the defendant's supervised release and the imposition of a period of imprisonment followed by an additional term of supervised release. The United States asks for a hearing on this motion.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ David G. Tobin
>DAVID G. TOBIN
>Assistant U.S. Attorney

Dated: September 13, 2005