AO 442  (Rev. 5/93) Warrant for Arrest

## UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT     District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JERMAINE THOMAS

**WARRANT FOR ARREST**

Case Number: 05-10092-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JERMAINE THOMAS_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation     X Probation Violation Petition

charging him or her     (brief description of offense)

( See the petition for Warrant for Offender Under Supervision.)

*RECEIVED U.S. MARSHAL SERVICE BOSTON, MA — 2005 DEC 12 A 9:05*

in violation of _____ United States Code, Section(s) _____

PAUL S. LYNESS
Name of Issuing Officer

COURTROOM DEPUTY CLERK
Title of Issuing Officer

*[signature]* Paul S Lyness
Signature of Issuing Officer

12/9/05  ONE COURTHOUSE WAY, BOSTON, MA 02210
Date and Location

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/10/06

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |