AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**JERMAINE THOMAS**

**WARRANT FOR ARREST**

Case Number:   05 - CR - 10092 - GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jermaine Thomas _____
                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   **X** Violation   ☐ Probation Violation Petition

charging him or her    (brief description of offense)

Violation of Standard Condition of Supervised Released: **The defendant shall not commit another federal, state or local crime. The defendant shall refrain from the unlawful use of a controlled substance. The defendant shall report to the court or probation officer, and submit a truthful and complete written report within the first five days of each month.**

in violation of _____ United States Code, Section(s) _____

Eugenia Edge
Name of Issuing Officer

_Eugenia Edge_ (signature)
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

September 27, 2005 One Courthouse Way, Boston, MA 02210
Date and Location

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/12/06

Bail fixed at $ _____

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |