UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff.<br><br>v.<br><br>JERMAINE THOMAS,<br><br>　　　　Defendant. | Docket No. 05-CR-10092 |

### NOTICE OF WITHDRAWAL

Kindly enter our Notice of Withdrawal as counsel for Defendant Jermaine Thomas in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____/s/ Diana K. Lloyd_____
　　　　　　　　　　　　　　　　　　　　Diana K. Lloyd (BBO# 560586)
　　　　　　　　　　　　　　　　　　　　Christopher Edwards (BBO# 640758)
　　　　　　　　　　　　　　　　　　　　CHOATE, HALL & STEWART
　　　　　　　　　　　　　　　　　　　　Two International Place
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　Telephone: (617) 248-5000

Dated: May 18, 2005

4082004_1.DOC